AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill
Improvement & Safety Funds of the International
Union of Operating Engineers Local 15, 15A, 15C
& 15D, AFL-CIO et al.

V.

Ramsay Ironworks, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

'07 CIV 10696

JUDGE COTE

TO: (Name and address of defendant)

Ramsay Ironworks, Inc.
1541 Williambridge Road
Bronx, New York 10461

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK     CLERK

(BY) DEPUTY CLERK

NOV 3 0 2007

DATE

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

Index # 07 CIV 10696

State of New York        U. S. District Court        Purchased/Filed: November 30, 2007

Southern New York County

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds, etc., et al        Plaintiff

against

Ramsay Ironworks, Inc.        Defendant

STATE OF NEW YORK     )
COUNTY OF FULTON     ) SS
CITY OF GLOVERSVILLE )

Gerald Skinner, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; that on December 18, 2007, at 8:35AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Case and Complaint, on Ramsay Ironworks, Inc. Defendant in this action, by delivering to and leaving with Donna Christie AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; that said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 35   Approx. weight: 160   Approx. Ht.: 5'6"
Sex: Female   Color of skin: White   Color of hair: Blonde   Other:

Sworn to before me on this 18th day of December, 2007

*Tammy Skinner*
TAMMY SKINNER
NOTARY PUBLIC, State of New York
01SK6024054
May, 03 2011

*Gerald Skinner*
Gerald Skinner

Invoice•Work Order # 062574

*U.S. PROCESS SERVICE INC. - 7 CENTRAL PARK AVENUE, YONKERS, NEW YORK 10705*