UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT
SHAW and RUSSELL SHAW, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

STIPULATION
EXTENDING TIME TO
ANSWER COMPLAINT

07-CIV-10696 (DLC)

Plaintiffs,

-against-

RAMSAY IRONWORKS, INC.,

Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiffs and Defendant in the above-captioned matter, that the time for Defendant RAMSAY IRONWORKS, INC. to answer the Complaint in the above-captioned action is extended up to and including February 15, 2008. Said Defendant waives any defense based upon the lack of personal jurisdiction.

Dated: Hastings-on-Hudson, New York
       January 2, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-5575)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TRIVELLA, FORTE & SMITH, LLP

By: Scott P. Trivella (ST-____)
Attorneys for Defendant
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075

SO ORDERED:

_____
Denise L. Cote, U.S.D.J.

January 3, 2008