UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT
SHAW and RUSSELL SHAW, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY          07-CIV-10696 (DLC)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                Plaintiffs,

      -against-

RAMSAY IRONWORKS, INC.,

                                Defendant.
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, James M. Steinberg, hereby certify under penalty of perjury that on January 9, 2008, I served *via* regular U.S. Mail the individual whose address appears below, with a copy of the Notice of Initial Pretrial Conference so ordered by the Honorable Denise Cote:

Scott P. Trivella, Esq.
Trivella Forte & Smith, LLP
Attorneys for Defendant
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605

                                                             */s/ James M. Steinberg*
                                                 James M. Steinberg, Esq. (JS-3515)