TRIVELLA, FORTE & SMITH, LLP
*Attorneys for Defendant*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,
By its TRUSTEES JAMES T. CALLAHAN, FRANCIS
P. DIMENNA, ROBERT SHAW, and RUSSELL SHAW,           **Case Number:**
and JOHN and JANE DOE, as Beneficiaries of the        07-CV-10696 (DLC)
ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C
And 15D, AFL-CIO,
                                Plaintiffs,

– against –

RAMSAY IRONWORKS, INC.

                                Defendant.
-------------------------------------------------------------------------X

## RULE 7.1 STATEMENT

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 1.9] OF LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR **DEFENDANT** CERTIFIES THAT THE FOLLOWING

ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

**NONE.**

Dated: White Plains, New York
February 15, 2008

Respectfully submitted,
TRIVELLA, FORTE & SMITH LLP

By: Raquel A. Williams, Esquire(RW 4641)
*Attorneys for the Defendant*
Ramsay Ironworks, Inc.
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075


To:   BRADY, MCGUIRE & STEINBERG, P.C.
Attention: James M. Steinberg, Esquire
*Attorneys for the Plaintiffs*
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
Telephone: (914) 478-4293

## CERTIFICATE OF SERVICE

BRADY, McGUIRE & STEINBERG, P.C.

I hereby certify that on February 15, 2008, I served the foregoing RULE 7.1 STATEMENT on Brady McGuire & Steinberg, P.C., Attorneys for the Plaintiffs, by electronic mail in the matter of THE ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT SHAW, and RUSSELL SHAW, and JOHN and JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, v. RAMSAY IRONWORKS, INC., Case Number 07-CV-10696 (DLC).

TRIVELLA, FORTE & SMITH, LLP

_____
BY: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
*Attorneys for the Defendant*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075

AFFIDAVIT OF SERVICE BY MAIL

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF WESTCHESTER | ) |

ANNA CHIAROLANZA, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 15th day of February, 2008, I served the within RULE 7.1 STATEMENT in the action THE ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES JAMES T. CALLAHAN, FRANCIS P. DIMENNA, ROBERT SHAW, and RUSSELL SHAW, and JOHN and JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, v. RAMSAY IRONWORKS, INC., Case Number 07-CV-10696 (DLC) upon:

> James M. Steinberg, Esquire
> BRADY, McGUIRE & STEINBERG, P.C.
> 603 Warburton Avenue
> Hastings-on-Hudson, New York 10706

by via facsimile and by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

ANNA CHIAROLANZA

Sworn to before me this
15th day of February, 2008

Notary Public
RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
Commission Expires April 8, 2010